

**Entered on Docket
June 21, 2010**

_Bruce A. Markell_
Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association as Trustee under Pooling and Servicing Agreement Dated as of December 1, 2006 MASTR Asset Backed Securities Trust 2006-HE5 Mortgage Pass-Through Certificates Series 2006-HE5
10-71917

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-15888-bam |
|---|---|
| Desi Salvatore Casillas and Lisa Marie Casillas | Date: 06/08/2010<br>Time: 1:30 pm |
|  | Chapter 13 |
| Debtors |  |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association as Trustee under Pooling and Servicing Agreement Dated as of December 1, 2006 MASTR Asset Backed Securities Trust 2006-HE5 Mortgage Pass-Through Certificates Series 2006-HE5, its assignees and/or successors in interest, of the subject property, generally described as 7660 Kalmalii Ave, Las Vegas, NV 89147.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

**WILDE & ASSOCIATES**

By: /s/ Michael #6099
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**
By:_____
Shawn Christopher
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**
By:_____
Rick A. Yarnall
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
  ____ The court waived the requirements of LR 9021.
  ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
  ____ No parties appeared or filed written objections, and the trustee is the movant.
  _x_  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
  ____ approved the form of this order          ____ disapproved the form of this order
  ____ waived the right to review the order and/or   _x_ failed to respond to the document
  ____ appeared at the hearing, waived the right to review the order
  ____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
  ____ approved the form of this order          ____ disapproved the form of this order
  ____ waived the right to review the order and/or   _x_ failed to respond to the document

  ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
  ____ approved the form of this order          ____ disapproved the form of this order
  ____ waived the right to review the order and/or   ____ failed to respond to the document
  ____ appeared at the hearing, waived the right to review the order
  ____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
  ____ approved the form of this order          ____ disapproved the form of this order
  ____ waived the right to review the order and/or   ____ failed to respond to the document

  ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor